United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BHS LAW LLP,

        Plaintiff,

    v.

JUDGE MICHAEL MARKMAN,

        Defendant.

Case No. 25-cv-09864 NC

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED TO THE SAN FRANCICO OR OAKLAND DIVISION**

        In this case, Plaintiff BHS Law LLP sues defendant the Hon. Michael Markman, Superior Court Judge in Alameda County. Dkt. 1, Complaint. The Complaint alleges that Judge Markman made "knowingly false criminal accusations, threatened Plaintiff with criminal prosecution, and published untrue findings of attorney misconduct." Complaint, Par. 2. The claim alleged is a constitutional civil rights claim under 42 U.S.C. § 1983.

        The case was assigned by the Clerk's office to the San Jose Division of the Northern District of California. Under N.D. Cal. Civil Local Rule 3-2(c) ("Assignment to a Division"), the "Clerk shall assign the case to the court division serving the county in which the action arises. A civil action arises in the county where a substantial part of the events or omissions giving rise to the claim occurred, or where a substantial part of the

property that is the subject of the action is situated." Cases that arise in Alameda County should be assigned to the San Francisco or Oakland Division. Civil Local Rule 3-2(d).

Here, based on the allegations in the Complaint, this action "arises" in Alameda County, so should be assigned to the San Francisco or Oakland Division under Civil Local Rule 3-2. There is an exception for cases that are assigned district-wide under General Order 44, but 42 U.S.C. § 1983 actions are not assigned district-wide. Plaintiff BHS Law is ordered to show cause in writing by February 4, 2026, as to why this case should not be reassigned to the San Francisco or Oakland Division.

**IT IS SO ORDERED.**

Dated:  January 20, 2026

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California

2